**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**
**ABRAHAM, Cecilia**
**SS# xxx xx 0091**
**Debtor(s)**

**Chapter 13**
**Case # 16-11477-FJB**

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) filed an Amended Chapter 13 Plan (the "Plan") on February 1, 2017. The Debtor(s) filed a Certificate of Service on February 1, 2017, reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties. Upon consideration of the foregoing, the Court hereby orders the following:

1. The Plan is confirmed. The term of the Plan is 60 months.

2. The Debtor(s) shall pay to the Chapter 13 Trustee the sum of $733.00 per month commencing June 1, 2016 which payments shall continue through the completion of the Plan and shall be made on the 1st day of each month unless otherwise ordered by the Court. Payments shall be made by Money Order or Bank Treasurer's check (personal checks will not be accepted) and shall be made payable to and forwarded to: Carolyn A. Bankowski, Chapter 13 Trustee, PO Box 1131 Memphis, TN 38101-1131.

3. The effective date of confirmation of the Plan is June 1, 2016. The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference. Interested parties should consult the detailed provisions of the Plan for treatment of their particular claims and other significant provisions of the Plan. Unless otherwise ordered by the court, all property of the estate as defined in U.S.C.§§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtor as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the Debtor(s) only upon discharge. All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court. The Debtor(s) shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the bankruptcy court. The debtor shall be responsible for preserving and protecting property of the estate.

Dated: 04/25/2017

United States Bankruptcy Judge

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

---

**In re:**
**ABRAHAM, Cecilia**
**SS# xxx xx 0091**
**Debtor(s)**

**Chapter 13**
**Case # 16-11477-FJB**

---

**SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN**

**1. Modified Secured Claims**

NONE

---

**2. Unmodified Secured Claims**

a) Ocwen Loan Servicing is retaining its lien on 1138 Boylston St., Newton Upper Falls, MA. The Debtor(s) shall continue to make regular monthly payments in accordance with the contract with Ocwen Loan Servicing. Ocwen Loan Servicing will be paid its pre-petition arrearage in the sum of $38,583.00 over 60 months in the sum of $643.05 per month.

---

**3. Priority Claims**

| | | |
|---|---|---|
| IRS | Taxes | $21.00 |

---

**4. Administrative Claims**

Richard Askenase, Esq. will be paid the sum of $1,000.00 over 12 months.

---

**5. Unsecured Claims**

NONE

---

**6. Other Pertinent Provisions**

NONE

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In re:**

**ABRAHAM, Cecilia**
**SS# xxx xx 0091**
**Debtor(s)**

**Chapter 13**
**Case # 16-11477-FJB**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within proposed order of confirmation was served upon the Debtor, Debtor's counsel of record and all parties and attorneys who have filed appearances and requests for service of pleadings, per the following service list, by first class mail, postage prepaid.

Dated: March 22, 2017

Respectfully submitted,

By: **/s/ Carolyn Bankowski**

Carolyn Bankowski, BBO# 631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
617-723-1313
**13trustee@ch13boston.com**

## SERVICE LIST

Cecilia Abraham
1138 Boylston St.
Newton Upper Falls, MA 02464

Richard Askenase, Esq.
Two Elm Square
Suite 316
Andover, MA 01810

Mass Dept of Revenue/CSE
Attn: Gale Erb
Child Support Enforcement Division
P.O. Box 9561
Boston, MA 02114

Deutsche Bank National
c/o Korde & Assoc
900 Chelmsford St Suite 3102
Lowell, MA 01851

EM